395 A.2d 972

Commonwealth v. Muffley, Appellant.

Argued September 11, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Richard A. Shutz, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.